1  DAVID J. STEELE, CA Bar No. 209797
   Email: djslit@cph.com
2  CHRISTIE, PARKER & HALE, LLP
   18101 Von Karman Avenue, Suite 1950
3  Irvine, CA 92612-0163
   Telephone: (949) 476-0757
4  Facsimile: (949) 476-8640

5  HOWARD A. KROLL, CA Bar No. 100981
   Email: howard.kroll@cph.com
6  CHRISTIE, PARKER & HALE, LLP
   655 North Central Ave., Suite 2300
7  Glendale, CA 91203-1445
   Telephone: (626) 795-9900
8  Facsimile: (626) 577-8800

9  Attorneys for Plaintiffs
   VERIZON CALIFORNIA INC.;
10 VERIZON TRADEMARK SERVICES LLC; and
   VERIZON LICENSING COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV12-00759 ABF (PJW x)

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>DIRECTNIC LTD.; PARKED.COM LTD; and DOES 1-10,<br><br>Defendants. | Case No.<br><br>**NOTICE OF RELATED CASES** |

Pursuant to Local Civil Rule 83-1.3.1, the undersigned, counsel of record for Plaintiffs VERIZON CALIFORNIA INC., VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY (collectively, "Plaintiffs"), submit this Notice to inform the Court of the existence of two other actions previously filed and currently pending before the Honorable Audrey B. Collins in the Central District of California that are both related to this case.

1. *Verizon California Inc.; Verizon Trademark Services LLC, and Verizon Licensing Company v. Lead Networks Domains Private Limited; Naresh Malik a/k/a Nick M.; Mahesh Malik; Kevin Daste; and DOES 1-100* (the "Lead Networks Action"). This case was filed in the U.S. District Court for the Central District of California, Western Division, Case No. CV-09-0613 ABC (CWx) on January 27, 2009. A final Judgment against Defendants Lead Networks Domains Private Limited and Naresh Malik a/k/a Nick M. was ordered by Judge Collins on October 1, 2009, and a Final Judgment against Mahesh Malik was ordered by Judge Collins on January 10, 2011. Plaintiffs have filed the instant action based on discovery produced by third parties in response to subpoenas issued in the Lead Networks Action.

Both this action and the Lead Networks Action were (and are) brought by Plaintiffs for cybersquatting on Plaintiffs' Marks under 15 U.S.C. § 1125(d). As such, they arise from the same or substantially identical transactions, happenings or events; call for determination of the same or substantially related or similar questions of law and fact; and involve the same trademarks.

Specifically, both the present action and the Lead Networks Action involve enforcement of 13 identical trademarks, which are identified below:

| Trademark | Reg. No. | Goods/Services | Reg. Date |
|---|---|---|---|
| VERIZON | 2,886,813 | Various goods and services in Int'l Classes 9, 16, 35, 36, 37, 38, 41, and 42. | 9/21/04 |
| VERIZON | 3,085,712 | Various goods and services in Int'l Classes 9, 38, and 41. | 4/25/06 |
| verizon (logo) | 2,879,802 | Various goods and services in Int'l Classes 9, 16, 35, 36, 37, 38, 41, and 42. | 8/31/04 |
| VERIZON WIRELESS | 3,077,271 | Various goods and services in Int'l Classes 9, 16, 35, 36, and 38. | 4/4/06 |
| verizon wireless (logo) | 2,884,027 | Various goods and services in Int'l Class 38. | 9/14/04 |
| verizon wireless (logo) | 3,077,269 | Various goods and services in Int'l Class 9. | 4/4/06 |
| VZ | 3,064,237 | Various goods and services in Int'l Classes 16 and 41. | 2/28/06 |
| VZ | 3,490,085 | Various services in Int'l Class 38. | 8/19/08 |
| VZACCESS | 2,973,813 | Various services in Int'l Class 38. | 7/19/05 |
| VZEMAIL | 2,973,814 | Various services in Int'l Class 38. | 7/19/05 |

| | | | |
|---|---|---|---|
| VZGLOBAL | 3,083,568 | Various services in Int'l Class 38. | 4/18/06 |
| VZVOICE | 2,973,811 | Various services in Int'l Class 38. | 7/19/05 |
| VZW | 3,319,338 | Various services in Int'l Class 38. | 10/23/07 |

In addition, both this current action and the Lead Networks Action arise from many overlapping transactions—*e.g.*, the registration, use and trafficking in of over 100 domain names, which are the subject of both cases, and which are listed below:

activatemyfiosverizon.net
businessverizon.net
myaccountatwwwverizonwireless.com
quickverizon.net
v-wireless-cellphones.com
vaerizon.com
varaizon.com
varizionwireless.com
varizon.com
vedrizonwireless.com
verazionwireless.com
verazonwireless.com
veri8zon.com
veri9zon.com
verinwireless.com
verionfios.com
veriontracker.com
veriozen.com
veriozionwireless.com
verisonbusiness.com
verisonmobile.com
verisonvireless.com
verisonwireles.com
verisonwiress.com
veriszon.com
verixoncentral.com

| # | Domain |
|---|---|
| 1 | verizionwirelessrebates.com |
| 2 | verizionwirles.com |
| 3 | verizoncellphone.com |
| 4 | verizoncelluar.com |
| 5 | verizonephones.com |
| 6 | verizonfiosinternet.com |
| 7 | verizongames.com |
| 8 | verizoninpulse.com |
| 9 | verizonjob.com |
| 10 | verizonmireless.com |
| 11 | verizonmobiles.com |
| 12 | verizonmymsn.com |
| 13 | verizonon.net |
| 14 | verizononlinedsl.com |
| 15 | verizonphonebook.com |
| 16 | verizonpixplace.com |
| 17 | verizonprepaidphone.com |
| 18 | verizonprepay.com |
| 19 | verizonrebate.com |
| 20 | verizonresidential.com |
| 21 | verizonringbacktones.com |
| 22 | verizontracker.com |
| 23 | verizonvireless.com |
| 24 | verizonvisaaccountonline.com |
| 25 | verizonw.com |
| 26 | verizonweriles.com |
| 27 | verizonwierles.com |
| 28 | verizonwikreless.com |
| | verizonwilerless.com |
| | verizonwireles.com |
| | verizonwirelessbilling.com |
| | verizonwirelessgetdiscount.com |
| | verizonwirelessmyprepaid.com |
| | verizonwirelessmyprepay.com |
| | verizonwirelessvzw.com |
| | verizonwirelesxs.com |
| | verizonwirelexx.com |
| | verizonwirelss.com |
| | verizonwirrless.com |
| | verizonwreless.com |
| | verizowirless.com |
| | verizwireless.com |
| | verozonwireless.com |
| | verrzonwireless.com |

versisonwireless.com
verszonwireless.com
vervizon.com
vervizonwireless.com
verwisonwireless.com
veryzonwireles.com
verzionwireless.com
vierzionwireless.com
viraizon.com
virazonwireless.com
vireizon.com
virizonwireless.com
virozonwireless.com
virzonewireless.com
vizonwireless.com
vorizanwireless.com
vorizen.com
vorizin.com
vrtizonwireless.com
vweizon.com
vzchat.com
vznavagator.com
vzpics.com
vzwdeluxe.com
vzwierless.com
vzwirelessringtones.com
vzwpixplace.com
vzwprepay.com
vzwpx.com
vzwringtonesdelux.com
vzxpix.com
wbillpayverizonwireless.com
webmailverizon.net
wirelesssynchvzw.com
wirelesssynvzw.com
wwwvarizon.com
wwwveraizon.com
wwwverrizon.com

In the Lead Networks Action, Judge Collins already made determinations as to the validity and enforceability of 13 of the trademarks at issue in this case. In the Lead Networks Action, Judge Collins also has already made determinations

regarding the registration, use and trafficking in of over 100 of the domain names that are at issue in this case too. If this case is not also heard by Judge Collins, it will entail substantial duplication of labor, and could lead to inconsistent results.

2. *Verizon California Inc.; Verizon Trademark Services LLC, and Verizon Licensing Company v. Above.com Pty Ltd; Trellian Limited; Trellian LLC; David Warmuz; Rene Warmuz a/k/a Ren Warmuz; and DOES 1-10* (the "Above.com Action"). This case was filed in the U.S. District Court for the Central District of California, Western Division, Case No. CV-11-00973 ABC (CWx) on February 1, 2011 and is currently pending.

Both this current action and the Above.com Action were (and are) brought by Plaintiffs for cybersquatting on Plaintiffs' Marks under 15 U.S.C. § 1125(d). As such, they arise from the same or substantially identical transactions, happenings or events; call for determination of the same or substantially related or similar questions of law and fact; and involve the same trademarks.

Specifically, both the present action and the Above.com Action involve enforcement of 23 identical trademarks, which are identified below:

| Trademark | Reg. No. | Goods/Services | Reg. Date |
|---|---|---|---|
| **VERIZON** | 2,886,813 | Various goods and services in Int'l Classes 9, 16, 35, 36, 37, 38, 41, and 42. | 9/21/04 |
| **VERIZON** | 3,085,712 | Various goods and services in Int'l Classes 9, 38, and 41. | 4/25/06 |
| **VERIZON** | 3,698,653 | Various goods and services in Int'l Classes 36 and 41 | 10/20/09 |
| **VERIZON** | 3,736,663 | Various goods in Int'l Classes 18, 24, 25 and 28. | 1/12/10 |

| Mark | Reg. No. | Goods/Services | Date |
|---|---|---|---|
| verizon (logo) | 2,879,802 | Various goods and services in Int'l Classes 9, 16, 35, 36, 37, 38, 41, and 42. | 8/31/04 |
| VERIZON WIRELESS | 3,657,287 | Various goods in Int'l Class 9. | 7/21/09 |
| VERIZON WIRELESS | 3,077,271 | Various goods and services in Int'l Classes 9, 16, 35, 36, and 38. | 4/4/06 |
| verizon wireless | 3,660,522 | Various services in Int'l Classes 35. | 7/28/09 |
| verizon wireless (logo) | 3,657,677 | Various goods and services in Int'l Classes 9 and 35. | 7/21/09 |
| verizon wireless (logo) | 2,884,027 | Various goods and services in Int'l Class 38. | 9/14/04 |
| verizon wireless (logo) | 3,077,269 | Various goods and services in Int'l Class 9. | 4/4/06 |
| verizon wireless (logo) | 3,837,985 | Various services in Int'l Classes 35 and 38. | 8/24/10 |
| verizon wireless (logo) | 3,841,493 | Various goods and services in Int'l Classes 16, 35, and 38. | 8/31/10 |
| VZ | 3,064,237 | Various goods and services in Int'l Classes 16 and 41. | 2/28/06 |
| VZ | 3,490,085 | Various services in Int'l Class 38. | 8/19/08 |

CHRISTIE, PARKER & HALE, LLP

| | | | |
|---|---|---|---|
| VZ NAVIGATOR | 3,720,714 | Various goods and services in Int'l Classes 9 and 39. | 4/21/09 |
| VZACCESS | 2,973,813 | Various services in Int'l Class 38. | 7/19/05 |
| VZAPPZONE | 3,649,847 | Various goods and services in Int'l Classes 9 and 35. | 7/07/09 |
| VZEMAIL | 2,973,814 | Various services in Int'l Class 38. | 7/19/05 |
| VZGLOBAL | 3,083,568 | Various services in Int'l Class 38. | 4/18/06 |
| VZVOICE | 2,973,811 | Various services in Int'l Class 38. | 7/19/05 |
| VZW | 3,319,338 | Various services in Int'l Class 38. | 10/23/07 |
| VZW TONES | 3,657,302 | Various goods and services in Int'l Classes 9 and 35. | 7/21/09 |

In addition, both this current action and the Above.com Action arise from many overlapping transactions—*e.g.*, the registration, use and trafficking in of at least 17 domain names, which are the subject of both cases, and which are listed below:

veri8zon.com
veri9zon.net
verisonvireless.com
verisonwirelessarena.com
verizo0n.net
verizo9n.net
verizonh.net
verizonprepaidphone.com
verizonweriles.com
verizonwirelessmyprepaid.com
verizonwirelessmyprepay.com
verizwireless.com

1 verozonwirless.com
2 vervizonwireless.com
3 vzwierless.com
   vzwprepay.com
4 wirelesssynchvzw.com

In the Above.com Action, Judge Collins will be required to make determinations as to the validity and enforceability of 23 of the trademarks at issue in this case. In the Above.com Action, Judge Collins also will have to make determinations regarding the registration, use and trafficking in of at least 17 of the domain names that are at issue in this case too. If this case is not heard by Judge Collins, it will entail substantial duplication of labor, and could lead to inconsistent results.

Dated: January 27, 2012

CHRISTIE, PARKER & HALE, LLP

By /s/ David J. Steele
David J. Steele
Howard A. Kroll

Attorneys for Plaintiffs

VERIZON CALIFORNIA INC.;
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

SCL PAS1157307.1-*-01/26/12 2:55 PM

CHRISTIE, PARKER & HALE, LLP

-10-