1   **DAVID J. STEELE, CA Bar No. 209797**
    **Email:  djslit@cph.com**
2   **CHRISTIE, PARKER & HALE, LLP**
    **18101 Von Karman Avenue, Suite 1950**
3   **Irvine, CA 92612-0163**
    **Telephone: (949) 476-0757**
4   **Facsimile:  (949) 476-8640**

5   **HOWARD A. KROLL, CA Bar No. 100981**
    **Email:  howard.kroll@cph.com**
6   **CHRISTIE, PARKER & HALE, LLP**
    **655 North Central Ave., Suite 2300**
7   **Glendale, CA  91203-1445**
    **Telephone: (626) 795-9900**
8   **Facsimile:  (626) 577-8800**

9   Attorneys for Plaintiffs
    VERIZON CALIFORNIA INC.;
10  VERIZON TRADEMARK SERVICES LLC; and
    VERIZON LICENSING COMPANY

11

12                  UNITED STATES DISTRICT COURT

13                  CENTRAL DISTRICT OF CALIFORNIA

14

15
    VERIZON CALIFORNIA INC.;          Case No. CV12-00759 ABC (CWx)
16  VERIZON TRADEMARK
    SERVICES LLC; and VERIZON          **PLAINTIFFS' REQUEST THAT**
17  LICENSING COMPANY,                 **THE COURT ISSUE A LETTER**
                                       **OF REQUEST FOR SERVICE**
18             Plaintiffs,             **ABROAD PURSUANT TO THE**
                                       **HAGUE SERVICE**
19  vs.                               **CONVENTION**

20  DIRECTNIC LTD.;
    PARKED.COM LTD; and                **Hon. Audrey B. Collins**
21  DOES 1-10,

22             Defendants.

23

24

25

26

27

28

CHRISTIE, PARKER & HALE, LLP

-1-

1    On January 27, 2012, Plaintiffs Verizon California Inc., Verizon

2  Trademark Services LLC and Verizon Licensing Company (collectively

3  "Verizon") filed a Complaint against Defendants DirectNIC Ltd. and Parked.com

4  Ltd. (collectively "Defendants") for cybersquatting and contributory

5  cybersquatting under 15 U.S.C. § 1125(d).

6    Verizon believes and alleges that Defendants are both corporations

7  organized under the laws of the Cayman Islands.  [Complaint (Docket No. 1) at

8  ¶¶ 6, 8.]  Verizon, therefore, respectfully requests that the Court execute a Letter

9  of Request to the appropriate authority in the Cayman Islands to effectuate

10  service of process of the Complaint, Summons and the other related documents in

11  the form Letter of Request attached to this Request.

12    This Court has the power to issue such a Letter of Request to the

13  appropriate authority in the Cayman Islands pursuant to Rule 4(f) of the Federal

14  Rules of Civil Procedure and pursuant to the Convention on Service Abroad of

15  Judicial and Extrajudicial Documents in Civil and Commercial Matters, Nov. 15,

16  1965 (Hague Service Convention), [1969] 20 U.S.T. 361, T.I.A.S. No. 6638.

17

18                    CHRISTIE, PARKER & HALE, LLP

19

20

21  Dated:  February 15, 2012        By /s/ Howard A. Kroll
                                           David J. Steele
22                                         Howard A. Kroll

23                                         Attorneys for Plaintiffs
24                                         VERIZON CALIFORNIA INC.
                                           VERIZON TRADEMARK SERVICES LLC
25                                         VERIZON LICENSING COMPANY

26

27

28  SCL PAS1160499.1-*-02/15/12 11:06 AM