1  DAVID J. STEELE, CA Bar No. 209797
   Email: david.steele@cph.com
2  CHRISTIE, PARKER & HALE, LLP
   18101 Von Karman Avenue, Suite 1950
3  Irvine, CA 92612-0163
   Telephone: (949) 476-0757
4  Facsimile:  (949) 476-8640

5  HOWARD A. KROLL, CA Bar No. 100981
   Email: howard.kroll@cph.com
6  CHRISTIE, PARKER & HALE, LLP
   655 North Central Avenue, Suite 2300
7  Glendale, CA 91209-9001
   Telephone: (626) 795-9900
8  Facsimile:  (626) 577-8800

9  Attorneys for Plaintiffs
   VERIZON CALIFORNIA INC.
10 VERIZON TRADEMARK SERVICES LLC
   VERIZON LICENSING COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>DIRECTNIC LTD.; PARKED.COM LTD; and DOES 1-10,<br><br>Defendants. | Case No. CV12-00759 ABC (CWx)<br><br>**NOTICE OF DISMISSAL**<br><br>Hon. Audrey B. Collins |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, Verizon California Inc., Verizon Trademark Services LLC, and Verizon Licensing Company ("Plaintiffs"), dismiss with prejudice their Complaint against Defendants, DirectNIC Ltd. and Parked.com LTD.

PLEASE ALSO TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs dismiss without prejudice their Complaint against Defendants, Does 1-10.

Each party shall bear its own costs and fees.

Dated: April 20, 2012

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By /s/David J. Steele
David J. Steele
Howard A. Kroll

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

LLB PAS1170510.1-*-04/20/12 11:17 AM